[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 1213.]

THE STATE OF OHIO, APPELLANT, *v*. SINGH, APPELLEE.

[Cite as *State v. Singh*, 2001-Ohio-126.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1536—Submitted May 15, 2001—Decided June 27, 2001.)

APPEAL from the Court of Appeals for Lake County, No. 98-L-090.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Charles E. Coulson*, Lake County Prosecuting Attorney, *Vincent A. Culotta*, Chief Assistant Prosecuting Attorney, and *Brian L. Summers*, Supervisor, Appellate Division, Assistant Prosecuting Attorney, for appellant.

*Morganstern, MacAdams & DeVito Co., L.P.A.*, and *Michael A. Partlow*, for appellee.

*Betty D. Montgomery*, Attorney General, *David M. Gormley*, State Solicitor, and *Michael R. Gladman*, Assistant Solicitor, urging reversal for *amicus curiae*, Attorney General of Ohio.

———————————